PER CURIAM.
Affirmed. See State v. Matthews, 891 So.2d 479 (Fla.2004); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Carpenter v. State, 884 So.2d 385 (Fla. 2d DCA 2004); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, ■ 827 So.2d 1054 (Fla. 2d DCA 2002); Williams v. State, 907 So.2d 1224 (Fla. 5th DCA 2005).
KELLY, VILLANTI, and LaROSE, JJ., Concur.